CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

SEP 1 3 2010

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| ANTHONY SMALLWOOD, | |
| Plaintiff, | Case No. 2:09CV00070 |
| v. | **FINAL JUDGMENT** |
| COMMISSIONER OF SOCIALSECURITY, | By: James P. Jones<br>United States District Judge |
| Defendant. | |

Based upon the court's de novo review of those portions of the magistrate judge's report and recommendations to which the plaintiff objected, it is **ADJUDGED AND ORDERED** as follows:

1. The plaintiff's objections are overruled;

2. The magistrate judge's report and recommendations are accepted;

3. The motion for summary judgment by the Commissioner of Social Security ("Commissioner") is granted;

4. The final decision of the Commissioner is **affirmed**; and

5. The clerk is directed to close the case.

ENTER: September 13, 2010

/s/ James P. Jones
United States District Judge